UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WEDSTERN DIVISION

NO. 5:25-CR-125-D

UNITED STATES OF AMERICA

v.

SHARON FROST

ORDER TO SEAL

On motion of the Defendant, Sharon Frost, and for good cause shown, it is hereby

ORDERED that **DE 62** be sealed until otherwise ordered by the Court, except that copies may be

provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This __15__ day of May, 2026.

_____
JAMES C. DEVER III
United States District Judge