UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CR-00125-D-RN

UNITED STATES OF AMERICA    )
    )
v.    )    ORDER GRANTING GOVERNMENT'S
    )    MOTION TO SEAL GOVERNMENT'S
    )    NOTICE OF FILING VICTIM IMPACT
    )    STATEMENTS
SHARON FROST    )
    )
    )

Upon motion of the United States, it is hereby ORDERED that the Government's

Notice of Filing a Victim Impact Statements in the above-captioned case be sealed by

the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed

documents to the United States Attorney and that the Government may provide copies

to the defendants' attorney.

James C. Dever III
United States District Judge